IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER HANDLEY, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL CASE NO. 2:22-cv-690-ECM |
| CSX TRANSPORTATION, INC., | ) |
| Defendant. | ) |

## FINAL JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is the ORDER, JUDGMENT, and DECREE of the Court that judgment is entered in favor of the Defendant and against the Plaintiff, and this case is DISMISSED with prejudice.

Costs are taxed against the Plaintiff for which execution may issue.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 3rd day of October, 2024.

                            /s/ Emily C. Marks  
                            EMILY C. MARKS  
                            CHIEF UNITED STATES DISTRICT JUDGE